FILED
FEB 24 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:21CR144 RLW/SPM |
| TERRENCE THOMPSON, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 30, 2020, in St. Louis County, State of Missouri, within the Eastern District of Missouri, and elsewhere,

**TERRENCE THOMPSON,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

### COUNT II

On or about January 30, 2020, in St. Louis County, State of Missouri, within the Eastern District of Missouri,

**TERRENCE THOMPSON,**

the defendant herein, did knowingly possess one or more firearms in furtherance of a drug

1

trafficking crime, to wit: possession with intent to distribute a controlled substance, as charged in Count I,

In violation of Title 18 United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
NAUMAN WADALAWALA, #65252MO
Assistant United States Attorney

2

8